UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**KELLY BEASLEY**

**VERSUS**

**SCHOOL DISTRICT BD OF
EDUCATION IBERIA PARISH ET AL**

**CASE NO.  6:21-CV-03276**

**JUDGE ROBERT R.
SUMMERHAYS**

**MAGISTRATE JUDGE PATRICK
J. HANNA**

## JUDGMENT

Before this Court are motions to dismiss filed by defendants (Rec. Docs. 4,

11).  These motions were referred to United States Magistrate Judge Patrick J. Hanna

for report and recommendation. After an independent review of the record, noting

the absence of objections filed, this Court concludes that the Magistrate Judge's

report and recommendation is correct and adopts the findings and conclusions

therein as its own.  Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the

report and recommendation, the motion to dismiss (Rec. Doc. 11) filed by

defendants is GRANTED and, accordingly, all claims by Plaintiff on behalf of her

minor children are DISMISSED without prejudice.  All claims by Plaintiff on her

own behalf under 28 U.S.C. § 1343, Article I, Section 20 of the Louisiana

Constitution, Article 101 of the Louisiana Children's code, the Nuremburg Code, 18

U.S.C. §§ 241-42, and Louisiana's law of false imprisonment are DENIED and

DISMISSED with prejudice.  Plaintiff's individual claims under Article I, Section 3 of the Louisiana Constitution are DENIED and DISMISSED without prejudice. Given the foregoing, defendants' prior motion to dismiss (Rec. Doc. 4) is DENIED as MOOT.

Signed at Lafayette, Louisiana, this 15th day of March, 2022.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE